KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
email: ktkennedylaw@gmail.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES PINTAR and TRICIA PINTAR, ) | 2:21-cv-00652-GMN-EJY |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AAA NEVADA FIRE & CASUALTY ) | |
| INSURANCE COMPANY; a foreign ) | |
| corporation; AAA INSURANCE; a foreign ) | |
| corporation; ) | |
| DOES I through X, inclusive, ) | |
| ROE CORPORATIONS 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DATES**
**(First Request)**

　　The Plaintiffs, JAMES PINTAR and TRICIA PINTAR, by and through their undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant AAA NEVADA FIRE & CASUALTY INSURANCE COMPANY, by and through its undersigned counsel, DAVID M. ZANIEL, ESQ., stipulate to extend the current discovery plan and scheduling order dates. The current discovery deadline is December 22, 2021. The parties stipulate to extend the discovery deadline and related dates for an additional 90 days, to wit:

**1. DESCRIPTION OF ACTION:** This is an insurance breach of contract matter. The Defendant denies all claims for relief.

1

**2. Discovery Completed to Date**: The parties have exchanged initial document production, which includes over 14,000 pages of discovery exchanged to date.  The Defendant has set the depositions of Plaintiff Tricia Pintar for October 13, 2021, and the deposition of Plaintiff James Pintar for October 18, 2021.  An additional witness deposition is set for October 21, 2021, as well.

The Defendant has served interrogatories nad requests for production upon the Plaintiffs, which remain pending for answers by the Plaintiffs.

**3. Discovery that remains to be completed:**

The Plaintiffs need to scheduled the person most knowledgeable deposition of the Defendant, as well as set an additional 3-5 depositions.  The Defendant may also need to set a further 3-5 depositions of relevant witnesses.  The parties also need additional time to determine the necessity of expert disclosures regarding liability and damages.

**4. Reasons why discovery has not been completed to date:**

The parties have been working to complete discovery in the time frame allowed by the Court. Given the extent of written discovery produced in this matter and scheduling conflicts, the parties need additional time to complete discovery, including party and witness depositions.

Absent a 90 day extension of the discovery deadline, the parties cannot complete the discovery that is necessary for them to adequately present their claims and defenses at trial. This extension is sought in good faith and not for the purpose of delay.  This is the first request for an extension of the discovery plan dates.

**5. Proposed Discovery Plan Extension Dates:**

1. The current discovery deadline of December 22, 2021, shall be extended for a period of 90 days to March 22, 2022.

2. The disclosure of experts and expert reports shall occur on or before January 21, 2022, which is 60 days before the discovery cut-off date; and the disclosure of rebuttal experts and their reports shall occur on or before February 21, 2022, which is 30 days after the expert disclosure deadline.

3. The dispositive motion deadline shall be extended to April 21, 2022.

7. The pretrial order shall be filed by May 23, 2022 which is not more than thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the pretrial order shall be thirty (30) days after decision on said dispositive motions, or by further order of the court. Fed. R. Civil P. 26(a)(3) Disclosures: The disclosures required by Fed. R. Civ. P Rule 26 (a)(3), and any objections thereto, shall be included in the pretrial order.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiffs

/s/ David M. Zaniel
DAVID M. ZANIEL, ESQ.
Nevada Bar No: 7962
Ranalli, Zaniel, Fowler & Moran
50 West Liberty St., Ste. 1050
Reno, NV 89501
Attorney for Defendant
(775) 786-4441

Dated: 10/11/21

Dated: 10/11/21

**ORDER**

    IT IS SO ORDERED.

    Dated this 12th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiffs