1  KIRK T. KENNEDY, ESQ.
   Nevada Bar No: 5032
2  815 S. Casino Center Blvd.
   Las Vegas, NV 89101
3  (702) 385-5534
   email: ktkennedylaw@gmail.com
4  Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES PINTAR and TRICIA PINTAR, | 2:21-cv-00652-CDS-EJY [1] |
| Plaintiff, | |
| vs. | |
| AAA NEVADA FIRE & CASUALTY INSURANCE COMPANY; a foreign corporation; AAA INSURANCE; a foreign corporation; DOES I through X, inclusive, ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ECF 32**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs, JAMES PINTAR and TRICIA PINTAR, by and through their undersigned counsel, KIRK T. KENNEDY, ESQ. and the Defendant, AAA NEVADA FIRE & CASUALTY INSURANCE COMPANY, by and through its undersigned counsel, DAVID M. ZANIEL, ESQ., that the Plaintiffs' opposition to the Defendants' motion for partial summary judgment is due August 10, 2022, and due to scheduling concerns and time needed for research and preparation, the Plaintiffs have requested additional time to file their response, and the parties therefore agree to extend the time for the filing of the Plaintiffs' response to the Defendant's motion for summary judgment, ECF 32, for a period of 21 additional days to August 31, 2022.

1

[1] Counsel are reminded that, pursuant to ECF No. 29, this case was reassigned to Judge Cristina D. Silva. All documents must bear the correct case number 2:21-cv-00652-CDS-EJY.

This is the first request by the Plaintiffs to extend the time for the filing of the Plaintiffs' response to the Defendant's motion for summary judgment, ECF 32.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiffs

/s/ David M. Zaniel
DAVID M. ZANIEL, ESQ.
Nevada Bar No: 7962
Ranalli, Zaniel, Fowler & Moran
50 West Liberty St., Ste. 1050
Reno, NV 89501
Attorney for Defendant
(775) 786-4441

Dated: 8/1/22

Dated: 8/1/22

**ORDER**

IT IS SO ORDERED.

Dated this 1st day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiffs