**DAVID M. ZANIEL, ESQ.**
Nevada Bar No. 7962
**RANALLI, ZANIEL, FOWLER & MORAN, LLC**
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Attorneys for Defendant

## UNITED STATES DISRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PINTAR and TRICIA PINTAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AAA NEVADA FIRE & CASUALTY ) <br> INSURANCE COMPANY: a foreign ) <br> Corporation; AAA Insurance; a foreign ) <br> Corporation, DOES I-X, inclusive, ROE ) <br> CORPORATIONS 1-10, inclusive, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:21-cv-00652-CDS-EJY |

### STIPULATION TO EXTEND TIME FOR DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ECF 35
### (First Request)

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiffs JAMES PINTAR and TRICIA PINTAR (hereinafter "Plaintiffs"), by and through their attorney of record, KIRK T. KENNEDY, ESQ., Defendant AAA NEVADA FIRE & CASUALTY INSURANCE COMPANY, by and through their attorney of record David Zaniel, Esq., of RANALLI, ZANIEL, FOWLER & MORAN counsel, DAVID M. ZANIEL, ESQ., stipulate that the Defendant's Reply to Plaintiffs' Opposition to Motion for Summary Judgment is due September 9, 2022, and due to scheduling concerns and time needed to research and prepare, the Defendant has requested additional time to file their response, and the parties

1

therefore agree to extend the time for the filing of the Defendant's Reply to Motion for Summary Judgment, ECF 35, for a period of 21 additional days to September 30, 2022.

This is the first request by the Defendant to extend time for the filing of the Defendant's Reply to Plaintiffs' Opposition to Motion for Summary Judgment, ECF 35.

DATED this 31st day of August 2022.    DATED this 31st day of August 2022.

/s/ David Zaniel    /s/ Kirk Kennedy
DAVID M. ZANIEL, ESQ.    KIRK KENNEDY, ESQ.
50 West Liberty Street, Suite 1050    815 S. Casino Center Blvd.
Reno, Nevada 89501    Las Vegas, Nevada 89101
Attorney for Defendants    Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED

Dated this 31st day of ~~September~~ August 2022.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
DISTRICT

Submitted By:

/s/ David Zaniel
David Zaniel, Esq.
Bar no. 7962
Attorney for Defendant

2