UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| James Pintar and Tricia Pintar, | Case No.: 2:21-cv-00652-CDS-EJY |
| Plaintiffs | **Order Setting Hearing on Parties' Stipulation to Continue Trial Dates** |
| v. | |
| CSAA General Insurance Company, | [ECF No. 50] |
| Defendant | |

The parties stipulate to continue the trial date from January 13, 2025, to a date amenable to the court in March 2025. ECF No. 50. They state that such a request is necessary because "some of the parties' key witnesses are unavailable to attend and testify." *Id.* at 2. Given the age of this case, and the fact that the parties agreed upon a January 13 trial date in their joint pretrial order, I am not inclined to approve the stipulation. Therefore, the parties must appear for a hearing to address their requested continuance on December 23, 2024, at 2:00 p.m. in LV Courtroom 6B.

Dated: December 18, 2024

_____
Cristina D. Silva
United States District Judge